CASE LOMBARDI & PETTIT
A LAW CORPORATION

TED N. PETTIT            4287-0
Email: tpettit@caselombardi.com
JOHN D. ZALEWESKI        4718-0
Email: jzalewski@caselombardi.com
ALEXIS M. MCGINNESS      8220-0
Email: amcginness@caselombardi.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 547-5400
Facsimile: (808) 523-1888

Attorneys for Defendants
**PACIFICA CO., LTD. and
GRASSROOTS MANAGEMENT, LTD.**

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | Case No. 05-50011 |
| AZABU BUILDINGS COMPANY, LTD., a.k.a. AZABU TATEMONO K.K., | Chapter 11 |
| Debtor and Debtor-in-Possession. | |
| THE AZABU LIQUIDATING TRUST, | Adversary Proceeding. 07-90056 |
| Plaintiff, vs. | |

PACIFICA CO., LTD. and
GRASSROOTS MANAGEMENT,
LTD.,

        Defendants.

**STIPULATION FOR DISMISSAL OF ALL
CLAIMS BY AND BETWEEN PLAINTIFF THE AZABU
LIQUIDATING TRUST AND DEFENDANTS GRASSROOTS
MANAGEMENT, LTD. AND PACIFICA CO., LTD.**

Pursuant to Rules 41(a)(1)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure, made applicable through Rule 7041 of the Federal Rules of Bankruptcy Procedure, PLAINTIFF THE AZABU LIQUIDATING TRUST (the "Trust") and DEFENDANTS GRASSROOTS MANAGEMENT, LTD. ("Grassroots") and PACIFICA CO., LTD. ("Pacifica") (collectively, "Defendants"), by and through their respective undersigned counsel, DO HEREBY STIPULATE AND AGREE:

    1. In accordance with the separate Settlement Agreement and Mutual Release ("Settlement Agreement") between Trust on the one hand and the Defendants on the other hand, that each and all objections, counterclaims and claims for relief set forth in the Objections to Claims Asserted By Pacifica Co. Ltd. and Grassroots Management, Ltd. and Counterclaims filed October 17, 2007 (the "Complaint") filed by the Trust against Grassroots and/or Pacifica which commenced Adversary

Proceeding Case No. 07-90056 (the "Adversary Proceeding"), are hereby dismissed with prejudice.

2. This dismissal completely disposes of the instant adversary proceeding pursuant to the terms of the Settlement Agreement and no remaining claims, including any proofs of claims filed by Defendants, issues and/or parties exist. The parties hereto shall bear their own attorneys' fees and costs.

3. This stipulation shall be made applicable both to the Adversary Proceeding and case number 05-50011, pending before this Court, such that the proofs of claims filed by the Defendants are finally and conclusively resolved by the Settlement Agreement.

STIPULATED AND AGREED TO this 21th of November 2008.

    /s/ Wayne K. Mau
    JEFFREY C. KRAUSE
    GEORGE C. WEBSTER II
    ERIC D. WINSTON
    H. ALEXANDER FISCH
    WAYNE K. MAU
    Attorneys for Plaintiff
    THE AZABU LIQUIDATING TRUST

    /s/ Alexis M. McGinness
    TED N. PETTIT
    JOHN D. ZALEWSKI
    ALEXIS M. MCGINNESS
    Attorneys for Defendant
    GRASSROOTS MANAGEMENT LTD.

(APPROVED AND SO ORDERED CONTINUED ON THE NEXT PAGE:)

APPROVED AND SO ORDERED:

_____
**The Azabu Liquidating Trust v. Pacifica Co., Ltd. and Grassroots Management, Ltd**., Adv. Proc. No. 07-90056, United States Bankruptcy Court for the District of Hawaii; In re Azabu Building Company, Ltd. aka Azabu Tatemono K.K., Case No. 05-50011; United States Bankruptcy Court for the District of Hawaii; STIPULATION FOR DISMISSAL OF ALL CLAIMS BY AND BETWEEN PLAINTIFF THE AZABU LIQUIDATING TRUST AND DEFENDANTS GRASSROOTS MANAGEMENT, LTD. AND PACIFICA CO., LTD.

4